**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Amita Desai v. Good Hope Missionary Baptist Church of Houston

Appellate case number:  01-19-00420-CV

Trial court case number: 2014-43768

Trial court:                   80th District Court of Harris County

The appellee, Good Hope Missionary Baptist Church of Houston, has filed a motion to substitute lead appellate counsel, which complies with Rule 6.5. *See* TEX. R. APP. P. 6.5(d). Accordingly, the appellee's motion to substitute lead counsel is GRANTED. The Clerk of this Court is DIRECTED to note William L. Van Fleet II as lead counsel for the appellee.

It is so ORDERED.

Judge's signature:     /s/ Evelyn V. Keyes
                    ☑ Acting individually     ☐ Acting for the Court

Date:  October 8, 2019